## W. M. PHILLIPS, Appellant, v. VICTORY LIFE INSURANCE COMPANY.
### No. 10924.

Circuit Court of Appeals, Eighth Circuit.

April 30, 1937.

Fisher, Whitten & Keyes, of Kansas City, Mo., for appellant.

Forest W. Hanna, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, with costs, on motion of appellee and consent of appellant.